UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| BUSINESS OF THE COURT | ) **2011 ATTORNEY REREGISTRATION** |
| | ) |
| | ) |

**CLERK'S ORDER TO OPEN CASE**

**WHEREAS**, Local Rule 12.01(D) requires the clerk of court to conduct a quadrennial reregistration process for all attorneys admitted to practice law in the United States District Court for the Eastern District of Missouri.  In order to process the reregistration information electronically and in a centralized data base, the clerk of court will instruct lawyers to enter their current information into a miscellaneous district court case file that can be accessed by court staff and by attorneys using CM/ECF.

**IT IS HEREBY ORDERED** that a miscellaneous case shall be created and identified as number 4:10MC9999, and shall be used for the sole purpose of receiving and storing electronically submitted attorney reregistration data.  This case shall not be assigned to a judge and shall be administratively closed at the conclusion of the attorney reregistration project.

SO ORDERED this _20th_ day of October, 2010.

JAMES G. WOODWARD
CLERK OF COURT